**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

In re:

GREGORY B. MYERS,

 Debtor.

_____/

BRIAN KING, *et al.*,

 Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

 Defendant.

_____/

Case No.  15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

### NOTICE OF APPEAL

GREGORY B. MYERS ("Mr. Myers") appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Adv. No. 24-00007:

(i)  July 18, 2025, Order (Doc. 83) denying Mr. Myers's *Emergency Motion For Stay Pending Appeal* [**Exhibit A**]; and

(ii)  July 18, 2025, Order (Doc. 84) denying Mr. Myers's *Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)* [**Exhibit B**].

The parties to this appeal are as follows:

  Appellant: Gregory B. Myers

1

Appellee: Roger Schlossberg, Chapter 7 Trustee

> Counsel:
> Frank J. Mastro
> Roger Schlossberg
> Schlossberg & Mastro
> 18421 Henson Blvd., Suite 201
> Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

> Counsel:
> Maurice B. VerStandig, Esq.
> The VerStandig Law Firm, LLC
> 1452 W. Horizon Ridge Pkwy., Suite 665
> Henderson, NV 89012

Dated: July 31, 2025.

> Gregory B. Myers, *pro se*
> 700 Gulf Shore Blvd. N.
> Naples, Florida 34102
> (301) 325-2312
> gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2025, the foregoing NOTICE OF APPEAL was

filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon

all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers, *pro se*

3